1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  CHRISTOPHER M. BERNARD,        CASE NO. C25-2037JLR

11          Plaintiff,                              ORDER

12      v.

13  AMAZON.COM, INC., et al.,

14          Defendants.

15      Before the court are (1) Plaintiff Christopher M. Bernard's motion to establish

16 class certification sequence; (2) Mr. Bernard's motion for leave to file an over-length

17 reply in support of his motion to establish class certification sequence; and (3) the parties'

18 stipulated motion to renote Mr. Bernard's motion to establish class certification sequence

19 to January 30, 2026.  (Mot. re Class Cert. (Dkt. # 6); Mot. for Leave (Dkt. # 12); Stip.

20 (Dkt. # 11).)  Defendants Amazon.com, Inc. and Amazon Logistics, Inc. (together,

21 "Amazon") oppose Mr. Bernard's motion to establish class certification sequence.  (Resp.

22 (Dkt. # 8).)  The court did not direct Amazon to respond to Mr. Bernard's motion for

ORDER - 1

leave to file an over-length brief.[1] (*See generally* Dkt.) The court DENIES the three pending motions.

In his motion to establish class certification sequence, Mr. Bernard, seeks a case management order that addresses (1) whether Mr. Bernard's claims for injunctive and equitable relief are subject to arbitration; (2) whether Mr. Bernard satisfies the requirements for class certification "under Rule 23 as to non-arbitrable claims"; and (3) a schedule of bifurcated briefing and hearing sequence "in advance of any [Federal Arbitration Act] applicability analysis." (*See* Mot. re Class Cert. at 1-2.) Such a motion, however, is not the proper vehicle to address these matters. Rather, the parties shall address case management and scheduling matters in their joint status report and discovery plan in accordance with Local Civil Rules 16 and 26(f). *See* Local Rules W.D. Wash. LCR 16(a), 26(f).

//
//
//
//
//
//
//
//

---

[1] In accordance with this District's Local Civil Rules, "[n]o opposition to the motion [for leave to file an over-length brief] shall be filed unless requested by the court." *See* Local Rules W.D. Wash. LCR 7(f)(4).

ORDER - 2

1     Therefore, Mr. Bernard's motion to establish class certification sequence (Dkt.
2 # 6) is DENIED.  Mr. Bernard's motion for leave to file an over-length reply (Dkt. # 12)
3 and the parties' stipulated motion to renote the motion to establish class certification
4 sequence (Dkt. # 11) are DENIED as moot.  The court further ORDERS counsel for Mr.
5 Bernard to carefully review this District's Local Civil Rules prior to making any further
6 filings in this court.  Failure to comply with the Local Civil Rules in the future may result
7 in the imposition of sanctions.

9     Dated this 9th day of December, 2025.

                                    JAMES L. ROBART
                                    United States District Judge