THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER M. BERNARD, individually and on behalf of LAST MILE NATIONAL CITY, LLC, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON LOGISTICS, INC., and DOES 1-20,<br><br>Defendants. | Case No. 2:25-cv-02037-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING INITIAL CASE DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>December 18, 2025 |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7(j), Plaintiff Christopher Bernard ("Plaintiff") and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants," and, together with Plaintiff, the "Parties") respectfully stipulate and move for an order to stay all initial case deadlines, until after the Court has heard and ruled on Defendants' forthcoming motion to compel arbitration, which Defendants intend to file on or before January 26, 2026. The Parties move to stay all deadlines referenced in the Court's *Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement* [Dkt. No. 17], including, but not limited to, deadlines for Rule 26(f) conference, initial disclosures, submission of a discovery plan, and service of written discovery. In support of this Stipulation, the Parties state as follows:

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING INITIAL CASE DEADLINES - 1
(Case No. 2:25-cv-02037-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

(1) The Parties conferred on December 16, 2025 and agreed to stipulate to a stay of initial case deadlines pending the Court's disposition of Defendants' motion to compel arbitration.

(2) A stay of initial case deadlines will promote judicial economy and conserve the resources of the Court and the Parties by avoiding potentially unnecessary discovery and case-management efforts while the threshold issue of arbitrability is adjudicated.

(3) The requested stay is limited to initial case deadlines and shall not prejudice any Party. The Parties further stipulate that, should the motion to compel arbitration be denied in whole or in part, they will promptly confer and submit a proposed schedule within 14 days of the Court's order, or as otherwise directed by the Court. Nothing in this stipulation limits Plaintiff's ability, at the appropriate time and consistent with the Court's prior order, to seek relief concerning the sequencing of non-arbitrable claims, including any renewed motion regarding bifurcation of non-arbitrable issues or class certification of such claims.

Accordingly, the Parties jointly request that the Court stay all initial case deadlines until after the Court has heard and ruled on Defendants' motion to compel arbitration, to be filed on or before January 26, 2026.

This request is made in good faith and not for purposes of delay. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver of nor otherwise affect any right, defense, claim, or objection.

SO STIPULATED this 18th day of December, 2025.

| | |
|---|---|
| **ROSSI & CO., P.C.** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Ronald G. Rossi (w/permission)* <br> Ronald G. Rossi, WSBA #54720 <br> 616 33rd NW <br> Gig Harbor, WA 98335 <br> Phone: (303) 222-0300 <br> Email: rgr@vihc.com <br><br> *Attorney for Plaintiff* | By: *s/ Kit W. Roth* <br> Molly A. Terwilliger, WSBA #28449 <br> Kit W. Roth, WSBA #33059 <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email: molly.terwilliger@morganlewis.com <br> kit.roth@morganlewis.com <br><br> *Attorneys for Defendants* |

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING INITIAL CASE DEADLINES - 2
(Case No. 2:25-cv-02037-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1  **[PROPOSED] ORDER**

2  IT IS SO ORDERED.

3  DATED: _____December 19th__, 2025.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Kit W. Roth*
Molly A. Terwilliger, WSBA #28449
Kit W. Roth, WSBA #33059
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com
       kit.roth@morganlewis.com

*Attorneys for Defendants*

**ROSSI & CO., P.C.**

By: *s/ Ronald G. Rossi (w/permission)*
Ronald G. Rossi, WSBA #54720
616 33rd NW
Gig Harbor, WA 98335
Phone: (303) 222-0300
Email: rgr@vihc.com

*Attorney for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING INITIAL CASE DEADLINES - 3
(Case No. 2:25-cv-02037-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401