THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER M. BERNARD, individually and on behalf of LAST MILE NATIONAL CITY, LLC, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON LOGISTICS, INC., and DOES 1-20,<br><br>Defendants. | Case No. 2:25-cv-02037-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>February 17, 2026 |

Plaintiff Christopher Bernard ("Plaintiff") and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants," and, together with Plaintiff, the "Parties"), stipulate and hereby jointly request a short extension of the deadlines to file (1) Plaintiff's Opposition to Defendants' Motion to Compel Arbitration and Stay Litigation [Dkt. No. 20], from February 17, 2026 to February 23, 2026; and (2) Defendants' Reply to Plaintiff's Opposition, from February 24, 2026 to March 9, 2026.

## **STIPULATED MOTION TO EXTEND BRIEFING DEADLINES**

1.   On January 26, 2026, Defendants' filed their Motion to Compel Arbitration and Stay Litigation [Dkt. No. 20].

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING BRIEFING DEADLINES - 1
(Case No. 2:25-cv-02037-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

2. Pursuant to LCR 7(d)(4), Plaintiff's Opposition to Defendants' *Motion to Compel Arbitration and Stay Litigation* is due on February 17, 2026.

3. Pursuant to LCR 7(d)(4) Defendants' Reply to Plaintiff's Opposition is due on February 24, 2026.

4. The Parties have conferred and agree that additional time is warranted to accommodate scheduling conflicts and allow for refined briefing to the Court. Extending this deadline will not delay litigation of this case.

5. Accordingly, the Parties jointly stipulate and respectfully request that the Court extend the briefing deadlines as follows:

- Deadline for Plaintiff's Opposition due: February 23, 2026
- Deadline for Defendants' Reply due: March 9, 2026
- Motion re-noted for March 9, 2026

SO STIPULATED this 16th day of February, 2026.

*The undersigned certifies that this memorandum contains 206 words, in compliance with the Local Civil Rules.*

**ROSSI & CO., P.C.**

By: *s/ Ronald G. Rossi (w/permission)*
Ronald G. Rossi, WSBA #54720
616 33rd NW
Gig Harbor, WA 98335
Phone: (303) 222-0300
Email: rgr@vihc.com

*Attorney for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Kit W. Roth*
Molly A. Terwilliger, WSBA #28449
Kit W. Roth, WSBA #33059
Michael E. Kenneally (*admitted pro hac vice*)
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email:  molly.terwilliger@morganlewis.com
         kit.roth@morganlewis.com
         michael.kenneally@morganlewis.com

*Attorneys for Defendants*

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING BRIEFING DEADLINES - 2
(Case No. 2:25-cv-02037-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

# [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: _____, 2026.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Kit W. Roth*
Molly A. Terwilliger, WSBA #28449
Kit W. Roth, WSBA #33059
Michael E. Kenneally (*admitted pro hac vice*)
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com
  kit.roth@morganlewis.com
  michael.kenneally@morganlewis.com

*Attorneys for Defendants*

**ROSSI & CO., P.C.**

By: *s/ Ronald G. Rossi (w/ permission)*
Ronald G. Rossi, WSBA #54720
616 33rd NW
Gig Harbor, WA 98335
Phone: (303) 222-0300
Email: rgr@vihc.com

*Attorney for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING BRIEFING DEADLINES - 3
(Case No. 2:25-cv-02037-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401