THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER M. BERNARD, individually and on behalf of LAST MILE NATIONAL CITY, LLC, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON LOGISTICS, INC., and DOES 1-20,<br><br>Defendants. | Case No. 2:25-cv-02037-JLR<br><br>**STIPULATE MOTION AND [PROPOSED] ORDER FOR LEAVE TO FILE OVERLENGTH BRIEFING**<br><br>NOTE ON MOTION CALENDAR:<br>February 17, 2026 |

### STIPULATED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF

Pursuant to Local Rule 7(f), Plaintiff Christopher Bernard ("Plaintiff") and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants," and, together with Plaintiff, the "Parties"), seek leave of the Court to file an overlength brief of (1) Plaintiff's Opposition to Defendants' Motion to Compel Arbitration and Stay Litigation [Dkt. No. 20], and (2) Defendants' Reply to Plaintiff's Opposition. The Parties respectfully request leave to file:

1. Plaintiff's Opposition of no more than 10,500 words, which is 2,100 words more than the limit prescribed by Local Rule 7(e)(3); and

STIPULATED MOTION AND [PROPOSED] ORDER FOR LEAVE TO FILE OVERLENGTH BRIEFING - 1
(Case No. 2:25-cv-02037-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

2. Defendants' Reply of no more than 5,250 words, which is 1,050 words more than the limit prescribed by Local Rule 7(e)(3).

The Parties' request will facilitate presentation of issues before this Court and ensure the Court is fully informed.

For the foregoing reasons, the Parties respectfully request the Court to grant leave to file overlength briefing.

DATED this 16th day of February, 2026.

*The undersigned certifies that this memorandum contains 152 words, in compliance with the Local Civil Rules.*

| | |
|---|---|
| **ROSSI & CO., P.C.** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Ronald G. Rossi (w/ permission)* <br> Ronald G. Rossi, WSBA #54720 <br> 616 33rd NW <br> Gig Harbor, WA 98335 <br> Phone: (303) 222-0300 <br> Email: rgr@vihc.com <br><br> *Attorney for Plaintiff* | By: *s/ Kit W. Roth* <br> Molly A. Terwilliger, WSBA #28449 <br> Kit W. Roth, WSBA #33059 <br> Michael E. Kenneally (*admitted pro hac vice*) <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email:  molly.terwilliger@morganlewis.com <br> kit.roth@morganlewis.com <br> michael.kenneally@morganlewis.com <br><br> *Attorneys for Defendants* |

STIPULATED MOTION AND [PROPOSED] ORDER FOR LEAVE TO FILE OVERLENGTH BRIEFING - 2
(Case No. 2:25-cv-02037-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

# [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: _____, 2026.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Kit W. Roth*
Molly A. Terwilliger, WSBA #28449
Kit W. Roth, WSBA #33059
Michael E. Kenneally (*admitted pro hac vice*)
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com
         kit.roth@morganlewis.com
         michael.kenneally@morganlewis.com

*Attorneys for Defendants*

**ROSSI & CO., P.C.**

By: *s/ Ronald G. Rossi (w/ permission)*
Ronald G. Rossi, WSBA #54720
616 33rd NW
Gig Harbor, WA 98335
Phone: (303) 222-0300
Email: rgr@vihc.com

*Attorney for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER FOR LEAVE TO FILE OVERLENGTH BRIEFING - 3
(Case No. 2:25-cv-02037-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401